√# 3014  # 128569

# DIVIDENDS REMITTED TO THE COURT
Check Number 3014 Dated 06/01/10
Case Number 09-36915 - QUINN, LEROY DONNELL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Professional Coll Serv Of Ohio**<br>PO Box 353<br>Sandusky, OH 44871 | 000011 | 100.00 | 3.06 |
| **Meade & Assoc.**<br>737 Enterprise Dr.<br>Westerville, OH 43081<br>   (12-1) THE KROGER COMPANY | 000012 | 53.00 | 1.62 |
| ---------- Remittance Total ---------- | | 153.00 | 4.68 |

*signature*
DOUGLAS A. DYMARKOWSKI, Trustee

FILED 2010 JUN -9 PM 3:13